**Order entered February 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01024-CV

## BENNIE GAMBLE, SR., ET AL., Appellants

## V.

## ANESTHESIOLOGY ASSOCIATES, P.S.C. AND
## KENNETH M. RICHTER, M.D., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01764-E**

### ORDER

Before the Court is appellants' February 24, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 8, 2021**.

/s/     BONNIE LEE GOLDSTEIN
            JUSTICE